371 A.2d 249

Pocono Mountain Concerts, Inc. v.
Pocono International Raceway,
Inc., Appellant.

Argued March 22, 1976. Joseph H. Foster, with him Richard W. Hopkins, for appellant; Ronald N. Rutenberg and Laurence C. Rutenberg, submitted a brief for appellee.

Order affirmed.